UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

SHAWNA MICHELLE GONZALEZ,

Debtor.

Case No. 25-12560 KHT

Chapter 13

**ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE AMENDED PLAN AND NOTICE**

THIS MATTER comes before the Court on Motion for Extension of Time to File Amended Plan and 3015 Notice ("Motion", Docket No. 36) filed on August 21, 2025. The Court, being advised in the premises

ORDERS that:

1. The Motion is GRANTED.

2. The previously scheduled Confirmation Hearing is VACATED. The Court will conduct a new Confirmation Hearing on a trailing docket on Debtor(s) Amended Chapter 13 Plan on **Wednesday, October 22, 2025, at 1:30 p.m.** Parties must appear by phone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

3. The Debtor(s) shall file and serve an amended plan and notice in substantial conformity with L.B.F. 3015-1.2 and shall serve such notice, along with a copy of the Amended Chapter 13 Plan, on the Chapter 13 Trustee, all creditors and interested parties by **September 10, 2025**. The deadline for objections will be **October 1, 2025**. The notice must include information regarding how to participate in the hearing telephonically. If Debtor(s) fail to timely file and serve the required documents, this case may be dismissed without further notice or hearing.

4. If objections are filed to the amended plan, the Debtor(s) must file a confirmation status report, pursuant to Local Bankruptcy Rule 3015(e). If no objections are received to the amended Chapter 13 Plan, the Debtor(s) shall file a verification in compliance with Local Bankruptcy Rule 3015(d). **Either a verification or confirmation status report must be filed by October 15, 2025.**

DATED this 26th day of August, 2025.

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge